AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
### District of Hawaii

144-w 589863

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00315HG |
| JOHN FRANCESCO (01) | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 05 2007
at 7 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

2007 NOV 20 PM 3:39
U.S. MARSHALS SERVICE HONOLULU, HI
RECEIVED

To: The United States Marshal and any Authorized United States Officer

  YOU ARE HEREBY COMMANDED TO ARREST JOHN FRANCESCO (01) and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

SEALED
BY ORDER OF THE COURT

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | November 20, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL    By: Helen Gillmor, Chief United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-20-07 | DUSM D. GARVSAW | /s/ |
| Date of Arrest | | |
| 12-03-07 | | |