# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00315HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JOHN FRANCESCO |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Alvin P.K.K. Nishimura, Esq. |
| INTERPRETER: | Merilee N. Lau |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 24, 2008 | TIME: | 2:25 - 3:05 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT JOHN FRANCESCO -

The defendant is present in custody.

The defendant admitted to Violation No. 1.

2:30 p.m. CST Mr. Charles Dickson (DVD/CD played for the witness)
2:31 p.m. Cross-examination of Charles Dickson by Mr. Alvin P.K.K. Nishimura

Allocution by the defendant.

The Court finds that this is a Grade C violation, Criminal History Category I.

Supervised Release is revoked.

ADJUDGED: Impr of 10 MONTHS as to Count 1 through 4, to run concurrently.

   SUPERVISED RELEASE: 30 MONTHS as to Count 1 through 4, to run concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition).

4.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.

6.  That the defendant is prohibited from the possession and use of alcohol.

7.  That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8.  That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9.  That the defendant is to stay 300 feet away from 1054 Green Street Honolulu, Hawaii, and not go anywhere near Charles Dickson.

10. That the defendant be placed in Mahoney Hale, a residential reentry center, for up to 180 days at the discretion and direction of the Probation Office.  The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.

Advised of rights to appeal the sentence, etc.

The defendant is remanded to the custody of USMS.

Submitted by: Mary Rose Feria, Courtroom Manager